Form NDC

# UNITED STATES BANKRUPTCY COURT
## California Northern Bankruptcy Court

| In Re: | Raquel Medeiros Manini<br>aka  Raquel Ellyn Gomes Medeiros<br>Debtor(s) | Case No.: 23–30710 DM 13<br>Chapter: 13 |
|---|---|---|

## ORDER AND NOTICE OF DISMISSAL
## FOR FAILURE TO COMPLY

**Notice is hereby given** that the debtor(s) failed to comply with this court's order(s) or notice(s) below, filed on 10/12/2023. Therefore, it is ordered that this case be **dismissed**.

- ☑ Order to File Required Documents and Notice of Automatic Dismissal
- ☐ Order and Notice Regarding Failure to Pay Filing Fee
- ☐ Notice of Failure to Provide Debtor(s) Social Security Number, Employer Identification Number and/or List of Creditors
- ☐ Other:

Dated: 10/30/23

By the Court:

Dennis Montali
United States Bankruptcy Judge